


UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAYA DANIELS,<br><br>Defendant. | Case No. 2:19-mj-31 - CKD<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release _DAYA DANIELS,_ Case No.

Charge _21 USC 841(a)(1), 841 (b)(1)(D)_ , from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

**X**   Unsecured Appearance Bond $   25,000.00 co-signed by Schalla McCants

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

_____ (Other): _Terms and conditions as stated on the_

**X**   _record. Must appear before Judge Murgia, on 4/1/19_

_____ _@ 9:30 a.m. at 500 State Avenue, Kansas City, KS_

Issued at Sacramento, California on February 15, 2019 at  2:50pm

By: _/s/ Carolyn Delaney_

Magistrate Judge Carolyn K. Delaney